UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KUMARI GREEN,

    Plaintiff,

v.

NATIONAL CREDIT
ADJUSTERS, LLC,

    Defendant.
_____/

CASE NO. 16-CV-13028
HON. GEORGE CARAM STEEH

## **ORDER OF DISMISSAL**

This case arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, based on defendant National Credit Adjusters LLC's attempt to collect on a $1,390 debt plaintiff Kumari Green denies he owes to Kay Jewelers. On January 17, 2017, the court granted plaintiff's counsel's motion to withdraw based on a break-down in the attorney-client relationship. The court ordered plaintiff to retain new counsel or inform this court of his intention to proceed pro se on or before March 3, 2017. To date, plaintiff has failed to advise the court of his intentions. On April 3, 2017, defendant filed an unopposed motion to extend the dispositive motion deadline based, in part, on plaintiff's failure to advise the court of his intentions to proceed with or without counsel. The court granted the

motion, extended the dispositive motion deadline, and scheduled the joint final pretrial conference for September 25, 2017.

To date, plaintiff has not advised the court of his intentions to proceed pro se or through counsel. Moreover, plaintiff failed to file the joint final pretrial order which was due on September 18, 2017. Accordingly, this matter is DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 21, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 21, 2017, by electronic and/or ordinary mail and also on Kumari Green, 20522 Lochmoor Street, Harper Woods, MI 48225.

s/Barbara Radke
Deputy Clerk