UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KUMARI GREEN,

        Plaintiff,         CASE NO. 16-CV-13028
                             HON. GEORGE CARAM STEEH

v.

NATIONAL CREDIT
ADJUSTERS, LLC,

        Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court on the court's sua sponte order dismissing this matter for failure to prosecute, and in accordance with the court's order entered on this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              BY: s/Marcia Beauchemin
                                    DEPUTY COURT CLERK

Dated: September 21, 2017

---

CERTIFICATE OF SERVICE

Copies of this Judgment were served upon attorneys of record
and on Kumari Green, 20522 Lochmoor Street,
Harper Woods, MI 48225, on September 21, 2017, by
electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk